# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACQUELINE FERNANDEZ, on behalf of )
himself and all others similarly situated, )
)
)            Case No.: No. 1:24-cv-01592-VEC
        Plaintiff, )
)
vs. )
)
)
)
KATIE MAY, LLC, )
)
        Defendant. )

**AFFIDAVIT OF JACQUELINE FERNANDEZ IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

I hereby declare and affirm under penalties of perjury under the laws of the United States that the contents of this Affidavit are true and correct:

1. I have personal knowledge of the facts stated herein, and could and would competently testify to them.

2. I am a plaintiff in the above-captioned action.

3. I am a visually impaired person who needs screen-reading software in order to effectively navigate websites.

4. The screen-reading software that I use to navigate websites is NonVisual Desktop Access ("NVDA").

5. I frequently shop for clothing and other fashion items, typically purchasing multiple items for every season and for various special events.

6. I do the majority of my clothing shopping online because I am able to utilize my screen-reading software, making online shopping more accessible than shopping in-person.

7. I first learned about Defendant Katie May, LLC through Instagram.

8. I then read reviews about Defendant's products and was interested in purchasing the Ashun dress in black through the Website.

9. I was and still am interested in this particular dress based on the description of the product, the high quality and positive reviews of Katie May's other products, and because I frequent events at which this dress would be both appropriate and fashionable.

10. I have visited the Website multiple times and attempted to purchase the Ashun dress in black.

11. I have faced various issues in purchasing the dress through the Website using my screen-reading software, NVDA, as detailed in my original complaint, which ultimately led to me being unable to purchase the dress.

12. I visited Katie May's website again in August 2024 after being informed that Defendant claims the website to be fixed in their Motion to Dismiss.

13. I still face identical issues with the Website, including:

    a. The alt-text on the product page is still identical, as alleged in my original complaint.

    b. The interactive buttons on the product page still do not function with my screen-reading software, as alleged in my original complaint. When trying to add or decrease values using the interactive buttons, the page refreshes and takes me back to the top, which causes my screen-reader to lag.

    c. I still face the same issues when adding the product to my shopping cart, as alleged in my original complaint. I cannot identify if the item has been added to the cart and am unable to check out using my screen-reading software.

14. The Website's "Accessibly" widget does not alleviate these issues.

15. I intend to return to the Website if it is remediated because I am still interested in reviewing and purchasing the products on the Website, specifically the Ashun dress in black, and I would like to sign up for the newsletter so that I may be informed of any promotions available through the Website for future purchases.


Dated: August 12, 2024          _____
                                                   Jacqueline Fernandez