

405 Lexington Avenue
New York NY 10174

Main   212 336 8000
Fax    212 336 8001
Web    www.arelaw.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2025

Richard S. Mandaro
Direct 212 336 8106
E-mail rmandaro@arelaw.com

March 24, 2025

*via ECF*
Hon. Valerie Caproni, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Chambers 1930
New York, NY 10007

      Re:    *Fernandez v. Katie May, LLC*
             Civil Action No. 24-cv-1592 (VEC)
             **Request for Adjournment of Initial Pretrial Conference**
             Our File: 00635/0003

Dear Judge Caproni:

      We are local counsel for Defendant Katie May, LLC ("KM") in the above-referenced action. We are writing to request an adjournment of the initial pretrial conference presently scheduled for April 4, 2025, at 10:00 A.M. ("Conference") (see ECF No. 28). Plaintiff's counsel consents to this request.

      We submit this letter motion pursuant to Rules 2(C) and 3(A) of Your Honor's Individual Practices. In connection with this request, and as required by Rule 2(C), we represent as follows:

      (1)    An adjournment of the Conference is requested because the undersigned, will be on vacation (out of state) from April 2 through April 6, 2025;

      (2)    The Conference is currently scheduled for April 4, 2025;

      (3)    There have been no previous requests to adjourn the Conference;

      (3)    The parties have conferred and Plaintiff consents to the requested adjournment; and

4929-3532-1390v.1

Hon. Valerie Caproni, U.S.D.J.                  2                  March 24, 2025

(4)    The parties agree upon alternative dates of either April 25 or May 9 for the Conference.

We also request that the deadline for submission of a joint letter and proposed case management plan and scheduling order be adjourned to a date eight (8) days before the new Conference date.

Thank you for your consideration in this matter.

Very truly yours,

AMSTER, ROTHSTEIN & EBENSTEIN LLP

*/s/Richard S. Mandaro*

Richard S. Mandaro

---

Application GRANTED. The initial pretrial conference currently scheduled for April 4, 2025, is ADJOURNED to **Friday, May 9, 2025, at 10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. The pre-conference joint letter is due **Thursday, May 1, 2025**.

SO ORDERED.

*[signature]*    3/25/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

---